13,481-25

TDCS prosecutor crimes

Smith 2013 Tx App LEXIS 10286
(Code-20-MASTerBate (31) - "Crime
21.08 P. Code)

★ Leachman, 261 SW3d 297-315
Code 10.1 - used for crime 38,111
Contact Victim"

NO jurisdiction 4.01 CCP,
art 5, Sec 1 Tx Const.

This document contains some
pages that are of poor quality
at the time of imaging.

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 20 2015

Abel Acosta, Clerk

11th Count (ABuse of Authority)
(NO DISCRETION TO ABUSE - When
criminal MANDATORY - 26.04 Culver
105 SW3d 641 (CCA)

MAYer, 309 SW3d 552 (CCA)
" W/O reference to ANY guiding
rules - principles." QUIKTAR, 315 SW
28-31 (TX) "reacher decision SO ARB-
itrary - unreasonABle, AS TO Amount
to clear - prejudical error of Law"

GAMBle, 93 SW3d 398-402 "AS TO
legal issues, error ABuse - Be
simple As MIS -interpret-or
MIS- Apply the law," Ron 197
SW3d 795 (TX),

Gonzalez, 159 SW3d at 625 - "Fail
ure to ANALYze or Apply Law to
correctly is ABuse discretion"

*Must use THIS* : Court of Appeals Criminal
Writ
NO PAPER Austin ~~~~~, Texas

In Re: * 11-15-00030-CR *

R Wayne Johnson,                          Trial Court
        Relator    (13,481)        #
                    CCA
    VS *                                  41,015

Judge: 70th
Ector County,                        a

                    Pro-Se:

    * Petition For Writ of Mandamus *
May It Please The Court:

1) This is "criminal-law matter" Johnson,
2014 TX App-LEXIS -11146 - "restraint on
liberty (loss good-time) is Criminal-law
matter - Arose from his criminal sent-
ence." Welty, 2008 TX App LEXIS - 3276...
2) Jurisdiction: 22.221 (b) Gov-Code
3) 99 yrs. late on discharge - 99 yrs.: loss-
good-time restored: Habeas pending
70th district; trial court.. Since October
See attached!

                    (1)

## * Facts *

4.) The Writ Before, respondent seeks:

A) Appoint of counsel - criminal law: 26.04 Code Crim Procedure; Gonzalez, 117 SW3d 831 (26.04 - 1.05 [C.C.P.])

B) Mandamus: Remedy for mandatory Appointment counsel: Oliver, 105 SW 3d 641 (CCA) - As, "Shall" Mandatory: 311.016 Gov Code.

C) In Re Prudential, 148 SW3d 124-41 (TX) "Relator in danger of Permanently losing substantial right." Reece, 341 SW3d 360-1 (+ Same); Perry, 66 SW3d 239-51 (TX)

D) Hearing; Mullindry, 895 SW3d 914-

5) Germane hereto, is that: "not advised of right to attorney required by statute void - denied due process." Carthage, 99 SW 3d 935; (Relator was not so advised)

A) 26.04 C.C.P., (1517 C.C.P. - Frieda 431 SW3d 190 - Criminal).

(2)

B) *Ross*, 108 SCt 2273 - "when one does not recieve all that is allowed by *state law*, due proccess is denied."

C) "Once a right is conferred by *statute*, it cannot be deprived sins due proccess safeguards." *Loudermill*, 105 SCt 1483 97

8) Its beyond dispute that respondent has a "ministerial duty" To *Rule* - To Appoint counsel.

A) *Rule*: *In re Munson*, 990 SW2d 459 - *In re Davis*, 990 SW2d 455. *Proceed to suppliment*. 18, 51 (mandamus).

B) *Rosenthal*, 98 SW3d 1190 (CA-): *Judge Lee ordered* to comply with mandatory statute - art 3a.22 C.C.P. at 193", ministerial whether law is derived from statute, rule - or - opinion of *Superior court*. *Hill*, 67 SW3d 177 80 - "law clearly spells out duty." (*Id.* at 199). *Binnes*, 935 SW2d 53, Judges not enjoy freedom to ignore the law." *Healy*, 884 SW2d 772 - 44.

D) *Padilla*, 122 SW3d 805 (ministerial, Appeals court (3) fusel.

9) "Sale" legal-issue: Retroactive Applic-
ation of 498.0045 Gov Code - To Johnson's
1977 crime: (Ector: 70th Dist)..

A) Prohibited: Hatcher; 894 SW2d 364 (CCA)
"article 6181-1 Civ. continued in effect for
convictions prior TO 1989..) ...Crown 251/520

B) Trahan; 894 SW2d 113-118 Const Law-110
"Vested rights conferred by final Judg-
ment cannot be taken away by subsequent
legislative act, sans Just compensation"
Vested Rights: II; Smith, 674.KEY-609..

C) Good Time: Vested Property Right: 111.04(b)
Property Code: Satterfield, 268 SW3d 190-
224- (Subaru 84 SW3d at 231(74) Const Law-
93- "Vested Rights are property protected by
constitution."

10) The last (4) disciplinaries were crimes
42.07 "Obscene" "letters"): No Jurisdiction: 4.01
C.C.P. - art 5, Sec 1-7 Const - 1.08 Penal
Code..

A) not receive 15.17 C.C. "warnings by a
magistrate.. via video - "in custody" Rothgery
128 SCt 2578-83 FAbela - 431/190

(4)

B) VOID proceedings: Castro, 998 SW2d 935

Ross, 108 SCt 2273 - Gonzales, 945 SW2d 830-

36 - ~~MUST~~ ADVISE right to atty - 1.051-

(C) ~~State~~, 922 SW2d 122 (T.4)..

R Wayne Johnson
Inmate #: 282756
9601 Spur 591
Amarillo, Texas 79107

11) Also respondent Biased: violates state
Bar Rules: TO wit:

A): 5.05(b): "Lawyer shall not Assist a non-member in Unauthorized practice law.."

B) VOID Act: COBB, 305 SW3d 36-43 - Azrotti, 40 SW3d 664; (In Re AIU, 148 SW3d at 108-15 (T.4) - "violates discipline rules - strong public policy - VOID.."

C) Claim, 22 SW3d 58-61 - "ANY Act TAKEN by a PERSON NOT AN Atty, when the Act constitutes Unauthorized practice of law is VOID - NO effect.."

D) Flagen, 282 SW3d 899 - (VOID Act nullity in of itself - Not binding on either party..)

Jae - 801 196-; 8.101(A)

12) Code Judicial conduct prohibits all au crimes - VOID Acts - violation disciplinary rules: 5.05(B) - 8.101(A) - etc., Co Bos, 3055 W3d 36-43..

Wherefore Relator moves:

1) That the court order respondent To:

A) Appoint counsel, criminal law - mandated by statute 26.04 C.C.P, Gulmer, 105 SW3 677 (TCCA)

2) Proceed To Judgment - order director TDCS restore all good time: (16,289 DAYS) To discharge sentence, 19 yrs late.. order respondent

3) Expunge cases: (VOID) Dee Castro, 998 SW2d 935 (Guylar, 995 SW2d 930-36 (ineffective visit of atty -) 15.17, CCP, 26.04 CCP, 1.051(A)

Declare all is true all facts support, beg, court letters.

Rule 52, 28 USC 1746-

Respectfully,
R. Wayne Johnson #53
9601 Spur 591 Clemens
Amarillo, TX 79107-9